No. 20,495.

JENNIE MACKEY, *Appellant,* v. CELIA MACKEY and LORA
MACKEY, a minor, etc., *Appellees.*

OPINION ON PETITION FOR REHEARING.

Appeal from Atchison district court; WILLIAM A. JACKSON,
judge. Opinion on petition for a rehearing filed March 10,
1917. Motion allowed. (For original opinion of affirmance see
99 Kan. 433.)

*P. Hayes,* of Atchison, for the appellant.

*T. A. Moxcey,* and *Ralph U. Pfouts,* both of Atchison, for
the appellees.

The opinion of the court was delivered by

DAWSON, J.: In a petition for a rehearing the appellant
states that there are still some costs and claims against the
estate of Bridget Mackey, undisposed of in the probate court,
and that the assets in the hands of the administrator are in-
sufficient to meet them. Appellant asks that our opinion be
modified so that provision may be made for taking these into
account in the partition suit.

This does not call for any modification of this court's opinion
and judgment since the present question was not presented in
the original appeal. Still, if there are not sufficient personal
assets to satisfy all legitimate claims in the probate court, it
seems that it would best serve the interests of the parties and
make for economy if they, too, when adjudicated in the probate
court, should be taken into account in rendering final judgment
in the partition suit, and appellant's motion is therefore al-
lowed and the district court is advised accordingly.